IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re LYNN NOYES,

    Plaintiff.

_____

No. C 12-0286 CRB (PR)

ORDER OF DISMISSAL

    On January 18, 2012, the clerk filed as a new action a letter by plaintiff alleging inadequate conditions of confinement at Valley State Prison for Women. On that same date, the court notified plaintiff in writing that the action was deficient because she did not file an actual complaint or pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

    More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

    The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: Feb. 27, 2012

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Noyes, L.12-0286.dsifp.wpd